IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT JAMES DAVIS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 13-cv-1153-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Robert James Davis' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Robert James Davis.

**DATED:** November 14, 2013

**NANCY J. ROSENSTENGEL, Clerk of Court**

By:  s/Brenda K. Lowe, Deputy Clerk

**Approved:**  s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**